THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NINGBO PORT ZHONNGDI LUGGAGE MANUFACTURING LIMITED, | Case No. 1:24-cv-05031 |
| Plaintiff, | Honorable LaShonda A. Hunt |
| v. | Mag. Judge Young B. Kim |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | |
| Defendants. | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT OF DEFENDANT GYMAX**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2 of the Northern District of Illinois, the undersigned counsel for Defendant Gymax LLC provides the following information:

Gymax LLC is not a publicly owned company, nor does it own five percent or more of the stock of any publicly owned company. Gymax LLC is not owned by any other corporate entity and is not publicly traded.

Dated: September 10, 2024
TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Christina J. Lesko*
Christina J. Lesko, IL Bar #6306427
227 W Monroe Street, Suite 3900
Chicago, IL 60606
Telephone: 312-759-1922
Christina.lesko@troutman.com

*Attorney for Defendant GYMAX*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September 2024, a true and correct copy of the foregoing *Financial Interest Disclosure Statement* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                              By */s/ Christina J. Lesko*
                                                      Christina J. Lesko