THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NINGBO PORT ZHONNGDI LUGGAGE MANUFACTURING LIMITED,<br><br> Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br> Defendants. | Case No. 1:24-cv-05031<br><br>Honorable LaShonda A. Hunt<br><br>Mag. Judge Young B. Kim |

**FINANCIAL INTEREST DISCLOSURE STATEMENT OF
DEFENDANT GOPLUSUS**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2 of the Northern District of Illinois, the undersigned counsel for Defendant GoPlusUS provides the following information:

GoPlusUS is not a publicly owned company, nor does it own five percent or more of the stock of any publicly owned company. GoPlus is a wholly owned subsidiary of GoPlus Corporation, a California corporation, which is not publicly traded. GoPlus Corporation is wholly owned by Costway Corporation, a Cayman Island corporation, which is not publicly traded.

1

Dated: September 10, 2024    TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Christina J. Lesko*
Christina J. Lesko, IL Bar #6306427
227 W Monroe Street, Suite 3900
Chicago, IL 60606
Telephone: 312-759-1922
Christina.lesko@troutman.com

*Attorney for Defendant GoPlus*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September 2024, a true and correct copy of the foregoing *Financial Interest Disclosure Statement* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By */s/ Christina J. Lesko*
Christina J. Lesko