THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NINGBO PORT ZHONNGDI LUGGAGE MANUFACTURING LIMITED, | Case No. 1:24-cv-05031 |
| Plaintiff, | Honorable LaShonda A. Hunt |
| v. | Mag. Judge Young B. Kim |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | |
| Defendants. | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT OF DEFENDANT HONEYJOY**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2 of the Northern District of Illinois, the undersigned counsel for Defendant Honeyjoy provides the following information:

Honeyjoy is not a publicly owned company, nor does it own five percent or more of the stock of any publicly owned company. Honeyjoy is a wholly owned subsidiary of Honey Joy Company, which is not publicly traded.

Dated: September 10, 2024

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Christina J. Lesko*
Christina J. Lesko, IL Bar #6306427
227 W Monroe Street, Suite 3900
Chicago, IL 60606
Telephone: 312-759-1922
Christina.lesko@troutman.com

*Attorney for Defendant Honeyjoy*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September 2024, a true and correct copy of the foregoing *Financial Interest Disclosure Statement* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By */s/ Christina J. Lesko*
Christina J. Lesko