THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NINGBO PORT ZHONNGDI LUGGAGE MANUFACTURING LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>    Defendants. | Case No. 1:24-cv-05031<br><br>Honorable LaShonda A. Hunt<br><br>Mag. Judge Young B. Kim |

**FINANCIAL INTEREST DISCLOSURE STATEMENT OF**
**DEFENDANT COSTZON**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2 of the Northern District of Illinois, the undersigned counsel for Defendant Costzon provides the following information:

Costzon is not a publicly owned company, nor does it own five percent or more of the stock of any publicly owned company. Costzon is a wholly owned subsidiary of NINGBO FUWELL IMP. & EXP. CO., LTD, which is not publicly traded.

Dated: September 10, 2024
                                        TROUTMAN PEPPER HAMILTON
                                        SANDERS LLP

                                        By: /s/ Christina J. Lesko
                                             Christina J. Lesko, IL Bar #6306427
                                             227 W Monroe Street, Suite 3900
                                             Chicago, IL 60606
                                             Telephone: 312-759-1922
                                             Christina.lesko@troutman.com

                                             *Attorney for Defendant Costzon*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September 2024, a true and correct copy of the foregoing *Financial Interest Disclosure Statement* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By */s/ Christina J. Lesko*
Christina J. Lesko