# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Ningbo Port Zhonngdi Luggage Manufacturing Limited | ) ) ) |
| Plaintiff, | ) Case No. 1:24-cv-05031 ) |
| v. | ) Dist. Judge LaShonda A. Hunt ) |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Mag. Judge Young B. Kim ) ) ) |
| Defendants. | ) |

**Plaintiff's Notification of Affiliates pursuant to Local Rule 3.2**

Pursuant to Rule 3.2 of the Local Rules for the Northern District of Illinois, Plaintiff Ningbo Port Zhonngdi Luggage Manufacturing Limited hereby states that the following natural person, either directly or indirectly, own 5% or more of Plaintiff:

- LIN XIAOYU 28%
- LIN WEILIANG 51%,
- ZHUO ERPING 21%

Dated: September 18, 2024

Respectfully submitted,

/s/ Qin Li
Qin Li
Concord & Sage P.C.
1360 Valley Vista Dr., Suite 140,
Diamond Bar CA 91765
Bar No. 349218
liqin@concordsage.com
Phone: (858) 568-1696

ATTORNEY FOR PLAINTIFF