# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ningbo Port Zhonngdi Luggage Manufacturing Limited, et al.

                                        Plaintiff,

v.

                                        Case No.: 1:24−cv−05031

                                        Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 19, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. Counsel for the Plaintiff and counsel for Defendants Gymax LLC, Infans, GoplusUS, Costzon, and Honeyjoy appeared. Defendant Amijoyping did not appear. Parties report that they have not resolved this matter. As discussed, Plaintiff is ordered to file a reply in support of its Motion for Entry of Preliminary Injunction [26] by 9/26/24. Parties are further ordered to meet and confer and submit a status report advising on proposed next steps in the case, by 10/3/24. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.