# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ningbo Port Zhonngdi Luggage Manufacturing Limited, et al.

                                  Plaintiff,

v.                                          Case No.: 1:24−cv−05031

                                              Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 30, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the Joint Stipulation for Entry of Preliminary Injunction submitted by Plaintiff Ningbo Port Zhonngdi Luggage Manufacturing Limited and Defendants INFANS, Gymax LLC, GoPlusUS, Costzon, and Honeyjoy [48], by 10/3/24, Plaintiff is directed to submit a revised proposed preliminary injunction order to proposed_order_hunt@ilnd.uscourts.gov that reflects the stipulation and any relief still requested against Defendant Amijoyping, which is not a party to the stipulation. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.