# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Ningbo Port Zhonngdi Luggage Manufacturing Limited, et al.

                Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

Case No.: 1:24–cv–05031

Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: This matter is before the Court on Plaintiff's motion for a preliminary injunction [26] and the Joint Stipulation for Entry of Preliminary Injunction submitted by Plaintiff Ningbo Port Zhonngdi Luggage Manufacturing Limited and Defendants INFANS, Gymax LLC, GoPlusUS, Costzon, and Honeyjoy [48]. Defendant Amijoyping did not file a notice of objection by the 9/4/24 deadline, appear at the 9/5/24 or 9/19/24 hearings, or otherwise oppose the motion. Plaintiff's filings establish that it has acted expeditiously to protect its interests and that there remains a significant risk that Defendant Amijoyping will transfer relevant assets beyond the Court's reach. For these reasons, as well as the reasons provided in the whole of Plaintiff's filings and as stated by the Court on the record and in connection with entry of the TRO [20] [21], the Court is persuaded that Plaintiff has satisfied the requirements for a preliminary injunction. In addition, the Court finds that the balance of harms favors Plaintiff and that a preliminary injunction serves the public interest by, among other things, protecting consumers from the marketing of counterfeit goods. Plaintiff has also certified and established [43] that it provided electronic notice to Defendant Amijoyping of the pendency of this case and provided a link to a website containing relevant case documents, but no objection to the motion for a preliminary injunction has been filed on behalf of Defendant Amijoyping. Enter Preliminary Injunction Order. The Clerk is requested to unseal any previously sealed documents. The 10/3/24 deadline to meet and confer and submit a status report advising on proposed next steps in the case [47] is stricken. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.