# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Ningbo Port Zhonngdi Luggage Manufacturing Limited, et al.

                                              Plaintiff,

v.                                                             Case No.: 1:24–cv–05031

                                                             Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Preliminary injunctive relief has been stipulated to by Defendants INFANS, Gymax LLC, GoPlusUS, Costzon, and Honeyjoy (the "Stipulating Defendants") [48] and entered against Defendant Amijoyping [52]. Summons were executed, the Stipulating Defendants filed an Answer [50], and Defendants Amijoyping's response to the complaint was due by 10/3/24 [43]. By 10/21/24, Plaintiff and the Stipulating Defendants are ordered to file the form Scheduling Order for Patent Cases. A template for the Order can be found in Appendix A to the Local Patent Rules. Plaintiff and the Stipulating Defendants should review the Local Patent Rules prior to completing the Scheduling Order. By 10/31/24, Plaintiff is ordered to file any motions for entry of default pursuant to Federal Rule of Civil Procedure 55(a) against Defendant Amijoyping. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.