**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Ningbo Port Zhonngdi Luggage Manufacturing
Limited, et al.

                                                    Plaintiff,

v.                                                  Case No.:
                                                    1:24–cv–05031
                                                    Honorable LaShonda A.
                                                    Hunt

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 22, 2024:

        MINUTE entry before the Honorable LaShonda A. Hunt: Upon consideration of
the report of the parties' planning meeting [54], the Court sets the following initial
deadlines: (1) Rule 26(a)1) disclosures to be completed by 11/18/24; and (2) amendment
of pleadings and joinder of parties by 12/2/24 for Plaintiff, and 1/20/25 for Answering
Defendants. The parties indicate that settlement negotiations may be fruitful, but Plaintiff
has not yet made a formal demand. Plaintiff is ordered to submit a written demand to
Answering Defendants by 11/5/24; and Answering Defendants must respond in writing by
11/19/24. By 12/2/24, the parties are to file a joint status report on settlement discussions.
At any time they may jointly contact the courtroom deputy to request a referral to the
magistrate judge. If settlement is not a realistic possibility, the parties must include in the
joint status report an estimated patent case schedule using the form template on Judge
Hunt's webpage under "Patent Cases." The Court will enter a case management order if
the litigation proceeds. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.