IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Ningbo Port Zhonngdi Luggage Manufacturing Limited, | ) |
|---|---|
| Plaintiff, | ) Case No. 1:24-cv-05031 |
| v. | ) Dist. Judge LaShonda A. Hunt |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Mag. Judge Young B. Kim. |
| Defendants. | ) |

## NOTICE OF SETTLEMENT AND DISMISSAL UNDER RULE 41(a)(1) AS TO CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Ningbo Port Zhonngdi Luggage Manufacturing Limited ("Plaintiff"), hereby dismiss this action as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Amijoyping | 13 |

Dated: November 12, 2024

Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF