# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Ningbo Port Zhonngdi Luggage Manufacturing Limited, et al.

        Plaintiff,

v.

Case No.: 1:24−cv−05031

Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 18, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Agreed Motion for Entry of Dismissal Order Pursuant to FRCP 41(a)(2) is granted. Plaintiff and the remaining defendants have reached a settlement. Accordingly, this action is being dismissed in its entirety with prejudice. All pending motions and deadlines are terminated as moot. Civil case terminated. No appearance is necessary on 11/21/24. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.