**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ningbo Port Zhonngdi Luggage Manufacturing Limited | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-05031 |
| v. | ) ) | Dist. Judge LaShonda A. Hunt |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) ) | Mag. Judge Young B. Kim. |
| Defendants. | ) | |

**MOTION TO RELEASE BOND**

Plaintiff, Ningbo Port Zhonngdi Luggage Manufacturing Limited ("Plaintiff"), by its counsel, move this Honorable Court to release the bond Plaintiff posted in this case.

On July 24, 2024, this Court granted Plaintiff's Motion for a Temporary Restraining Order (the "TRO"), requiring Plaintiff to post a bond in the amount of $1,000.00. [20]. On August 12, 2024, Plaintiff posted BOND in the amount of $ 10,000 cashier's check.

On November 16, 2024, Plaintiff dismissed any and all remaining defendants with prejudice [61] and the Court closed the case [63].

Plaintiff therefore requests that the Court release the $10,000 bond posted by Plaintiff and directs the Clerk of the Court to return the $10,000 bond previously deposited with the Clerk of the Court to plaintiff's counsel, CONCORD & SAGE PC, at 1360 Valley Vista Dr Suite 140, Diamond Bar, CA 91765.

Dated:    November 26, 2024

Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF