IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ningbo Port Zhonngdi Luggage Manufacturing Limited,<br><br>    Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule "A",<br><br>    Defendants. | Case No. 24 C 5031<br><br>Hon. LaShonda A. Hunt |

## ORDER RELEASING INJUNCTION BOND

The Ten Thousand U.S. Dollars ($10,000) posted as bond by plaintiff, including any applicable or earned interest, minus the registry fee, is hereby released to plaintiff's counsel. The Clerk of the Court is directed to return the $10,000 bond previously deposited with the Clerk of the Court to plaintiff's counsel, CONCORD & SAGE PC, at 1360 Valley Vista Dr Suite 140, Diamond Bar, CA 91765.

**DATED**: November 27, 2024                                                                **ENTERED:**

                                                                                     *LaShonda A. Hunt*

                                                                                     LaShonda A. Hunt
                                                                                     United States District Judge